Kresta Nora Daly, SBN 199689
**BARTH TOZER & DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@btdlaw.net

Attorneys for Defendant
DANIEL MCGRATH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2: 12-CR-00209-GEB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER** |
| v. | |
| DANIEL MCGRATH, | Date: September 13, 2013<br>Time: 9:00 a.m.<br>Judge: Honorable Garland E. Burrell |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through Kyle Reardon, Assistant U.S. Attorney, and defendant Daniel McGrath, through his counsel, Kresta Nora Daly, that the sentencing set for September 13, 2013 be vacated and that a new sentencing date be set for December 13, 2013 at 9:00 a.m.

///
///
///
///
///
///
///
///

Dated: September 12, 2013.    Respectfully submitted,

BARTH TOZER & DALY LLP


By   /s/ Kresta Nora Daly
    KRESTA NORA DALY
 Attorneys for DANIEL MCGRATH


Dated: September 12, 2013.    By   /s/ Kresta Nora Daly
                                  KYLE REARDON
                                  Assistant United States Attorney

**O R D E R**

**IT IS SO ORDERED.**

Dated: September 19, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge